UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG MOSKOWITZ,<br><br>                  Plaintiff,<br><br>vs.<br><br>KCA FINANCIAL SERVICES, INC. and JOHN and JANE DOES 1-10,<br><br>                  Defendant. | 09 Civ. 8846 (KMK)<br>(PED)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, CRAIG MOSKOWITZ, and the defendant, KCA FINANCIAL SERVICES, INC., that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York

      March 2, 2010

M. HARVEY REPHEN & ASSOCIATES, P.C.

Attorneys for Plaintiff CRAIG MOSKOWITZ

By: _____

    M. Harvey Rephen (3314)

708 Third Avenue, 6th Floor

New York, NY 10017

(212) 796-0930

HINSHAW & CULBERTSON LLP

Attorneys for Defendant KCA FINANCIAL SERVICES, INC.

By: _____

    Concepcion A. Montoya (CM-7147)

Attorneys for Defendant

780 Third Avenue, 4th Floor

New York, NY 10017

(212) 471-6200

SO ORDERED:

_____

Hon. Kenneth M. Karas, U.S.D.J.